| | | |
|---|---|---|
| STATE OF OREGON | ) | |
| | ) ss: | AFFIDAVIT OF MICAH CORING |
| County of Multnomah | ) | |

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Micah Coring, being duly sworn, do hereby depose and state as follows:

**<u>Introduction and Agent Background</u>**

1. I am a Senior Special Agent with the Federal Protective Service (FPS) and have been since 2009. My current assignment is the Federal Protective Service Field Office in Portland, Oregon, where I am assigned to investigate general crimes. I am also a part time investigator for the FPS Office of Internal Investigations (OII) and liaison for the Federal Bureau of Investigation's Joint Terrorism Task Force (JTTF). I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in August 2009. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees, and damage to federal buildings and property.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Darby HOWARD. As set forth below, I have probable cause to believe that HOWARD committed or attempted to commit Destruction of Government Property of a federal building, namely the Mark O. Hatfield United States Courthouse, violation of 18 U.S. Code § 1361.

3. The facts set forth in this affidavit are based on the following: my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and

Page 1 – Affidavit of Micah Coring

experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

## Applicable Law

4. 18 U.S.C. § 1361 makes it an offense to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses.

## Statement of Probable Cause

5. Since on or about May 26, 2020, protesters have gathered regularly in Portland public areas including Elizabeth Caruthers Park, Lownsdale Square, Chapman Square, and Terry Schrunk Plaza among others. The Multnomah County Justice Center, which contains Portland Police Bureau's (PPB) Central Precinct and the Multnomah County Detention Center (MCDC), the Mark O. Hatfield United States Courthouse (Hatfield Courthouse), and the Edith Green-Wendell Wyatt Federal Building are across the street from three of these public areas. The federal government owns the entire city block (Block #24) occupied by the Hatfield Courthouse, as depicted below. Easements have been granted for the sidewalks surrounding the Hatfield Courthouse, but the property boundary extends past the sidewalks and into the streets surrounding the courthouse.

[Sketch to Accompany Legal Description of Block 24, "Portland", situated in the N.W. 1/4 Section 3, T.1S., R.1E., W.M., City of Portland, Multnomah County, Oregon. Chase, Jones & Assoc. Inc., Jan. 24, 1994. Registered Professional Land Surveyor.]

6.  When they have occurred, Portland protests have often been followed by nightly criminal activity in the form of vandalism, destruction of property, looting, arson, and assault. As a result, the Hatfield Courthouse has experienced significant damage to the façade and building fixtures during the last year. Additionally, mounted building security cameras and access control devices have been vandalized or stolen. Other federal properties in Portland which have experienced heavy vandalism over the last 10 months include the historic Pioneer Federal Courthouse, the Gus Solomon Courthouse, the Edith Green Wendall Wyatt Federal Office Building, the Citizenship and Immigration Service Building, and the Immigration and Customs Enforcement Building. FPS law enforcement officers, Deputy U.S. Marshals, Border and Customs Enforcement Agents, and other federal law enforcement officers working to protect the Hatfield Courthouse have been subjected to threats, aerial fireworks (including mortars), high

**Page 3 – Affidavit of Micah Coring**

intensity lasers targeting officers' eyes, thrown rocks, bottles, and balloons filled with paint from demonstrators while preforming their duties.

7. During the morning of March 11, 2021, concrete highway dividers and fencing had been removed from the western side public entrance by construction crews. These barriers had been erected during the summer of 2020 to protect the facility from nightly vandalism. Early in the afternoon, 20-30 demonstrators dressed in black clothing vandalized the western side public entrance, breaking a large window. Following this demonstration, construction crews returned to the Hatfield Courthouse and affixed plywood and 2x4 boards to the building's windows and façade in anticipation for a second demonstration which was advertised for the evening. As evening wore on, approximately 50 protesters were gathered within one block of the Hatfield Courthouse.

8. Between 9:30pm to 10:15pm, several of the 50 demonstrators removed the plywood and 2x4s from the building's western entrance, started a fire, broke windows with thrown objects, and spray painted graffiti on the building's exterior. A window to the south of the main entrance on the west side, measuring approximately 80"x 86" was partially broken by an unknown person using a 2x4 board. At approximately 10:17pm, a Multnomah County Deputy was monitoring security video at the Multnomah County Justice Center located next door to the Hatfield Courthouse when he observed a heavy-set white male, with sleeve tattoos,

///

///

///

wearing tan pants, a grey shirt, neon orange shoes, and a mask with purple filters use a scooter to fully break the partially damaged window. The individual with the scooter is shown below:



9.  The description of the person was passed to FPS personnel via radio. The clothing description, the subject's location in relation to the building, and a description of a wheelchaired person who appeared to accompany the subject, aided FPS officers in making a targeted arrest of HOWARD.

10. At approximately 11:30pm, I met with a deputy at the Multnomah County Justice Center where he replayed footage of HOWARD breaking the window. The angle of the video is from above and south of the southwest corner of the Hatfield Courthouse. The camera's height and angle provide a view of the Hatfield Courthouse's southwest corner, structural pylons, and

Page 5 – Affidavit of Micah Coring

the windows for the General Services Administration's (GSA) office. The video was time-stamped. The video showed that, at 10:16 p.m. one of the windows for the GSA office was partially broken, and a 2x4 board was lying against the frame. I observed HOWARD walk up to the window with a green accented scooter in his hands which he used to strike the window twice, fully breaking out the glass. I recognized the scooter as being a Lime Brand rental scooter commonly found throughout downtown Portland.

11.     At approximately 11:44 pm, I conducted a custodial interview of HOWARD in the garage of the Hatfield Courthouse. The interview was recorded. I identified myself using agency-issued credentials and read HOWARD a Miranda Warning from an agency-issued card. HOWARD invoked his rights and requested an attorney. I concluded the interview with no further questions. HOWARD's distinctive appearance and build matched the individual depicted in the video and the description given to me by the Deputy. HOWARD's khaki colored pants and gray t-shirt stood out in contrast, especially in contrast to the predominant "Black Bloc" attire of the other demonstrators. The deputy who recorded HOWARD's arrest believed that HOWARD was the individual who broke out the window. Photographs of HOWARD and his clothing at the time of the interview are included below.






Page 7 – Affidavit of Micah Coring




12.     At approximately 11:55 pm, I took photos and measurements of the broken window.  The window could only be documented from the interior due to the continued criminal activity occurring outside.  The window measured approximately 86" wide and 80" tall.  For officer safety reasons, the scooter could not be retrieved from the patio area outside the window.  Since this incident, I have had a discussion with GSA property manager who said he expects the repair of the broken window will exceed $1,000 because he recently replaced a smaller window that cost in excess of $2,500.   Below is a photo of the broken window from the interior of the office space.

///



///

**Page 8 – Affidavit of Micah Coring**



## Conclusion

13.     Based on the foregoing, I have probable cause to believe that Darby HOWARD willfully damaged and destroyed property owned by the United States, that is, a plate glass window on the west side of the Mark O. Hatfield United States Courthouse, which value exceeds $1000, in violation of 18 U.S.C § 1361. I therefore request that the Court issue a criminal complaint and arrest warrant charging HOWARD with that offense.

///

///

///

///

///

**Page 9 – Affidavit of Micah Coring**

14. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Greg Nyhus. AUSA Nyhus informed me that in his opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

          *(By telephone)*
          Micah CORING
          Senior Special Agent
          Federal Protective Service

Sworn to by telephone or other reliable means in accordance with Fed. R. Crim. P. 4.1 at 11:05 am on March 12, 2021.

          *Jolie A. Russo*
          HONORABLE JOLIE A RUSSO
          United States Magistrate Judge

**Page 10 – Affidavit of Micah Coring**