| PROB 22 (Rev. 2/88) | DOCKET NO. (Trans Court) |
|---|---|
| | 3:21CR00087-001- **HZ** |
| **TRANSFER OF JURISDICTION** | DOCKET NO. (Rec. Court) |
| | 3:22-CR-55-RGJ |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Oregon | |
| DARBY MARSHALL HOWARD | NAME OF SENTENCING JUDGE | |
| | The Honorable Marco A. Hernández | |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/16/22 | TO 3/15/25 |
|---|---|---|

OFFENSE

Destruction of Government Property; 18 U.S.C. § 1361

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 1, 2022                                                                      */s/ Marco Hernández*
Effective Date                                                                Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 6, 2022                                                                      */s/ Rebecca Grady Jennings, District Judge*
Effective Date                                                                 United States District Judge

Transfer of Jurisdiction (Prob 22-OR) 10/2011